UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE J. SAUNDERS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CDCR, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE No. 1:13-cv-00046-MJS (PC)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>(ECF No. 9)<br><br>DISMISSAL COUNTS AS A STRIKE PURSUANT TO 28 U.S.C. § 1915(g)<br><br>CLERK TO CLOSE CASE |

　　　Plaintiff Theodore J. Saunders is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed January 11, 2013 pursuant to 42 U.S.C. § 1983. (ECF No. 1.) The Complaint was dismissed for failure to state a claim, but leave was given to file an amended pleading. (ECF No. 5.) Plaintiff filed a First Amended Complaint. (ECF No. 6.) It too was dismissed for failure to state a claim, and again Plaintiff was given leave to file an amended pleading provided he did so not later than April

-1-

16, 2013. (ECF No. 8.) The April 16th deadline passed without Plaintiff filing an amended pleading or seeking an extension of time to do so. Plaintiff was then ordered to show cause by not later than May 28, 2013 why his action should not be dismissed with prejudice for failure to comply with the Court's Order. (ECF No. 9.) The May 28th deadline has passed without Plaintiff filing an amended complaint or otherwise responding.

Accordingly, it is HEREBY ORDERED that:

1. This action is DISMISSED WITH PREJUDICE for failure to state a claim, dismissal shall count as a strike pursuant to 28 U.S.C. § 1915(g); Silva v. Di Vittoria, 658 F.3d at 1009, 1098 (9th Cir. 2011); and

3. The Clerk of the Court shall CLOSE the case.

IT IS SO ORDERED.

Dated:   June 6, 2013                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE